FILED
MAY -8 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
v. )
) 2:10-CR-429-RLH (PAL)
TYRONE TRAYLOR, )
)
        Defendant. )

## FINAL ORDER OF FORFEITURE

On January 31, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant TYRONE TRAYLOR to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant TYRONE TRAYLOR pled guilty. Indictment, ECF No. 1. Plea Memo, ECF No. 58. Minutes of Change of Plea Hearing, ECF No. 57. Preliminary Order of Forfeiture, ECF No. 60.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 3, 2012, through March 3, 2012, notifying all third parties of their right to petition the Court. Notice of Proof of Publication, ECF No. 61.

1  This Court finds no petitions were filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
2461(c); and Title 21, United States Code, Section 853 (n)(7) and shall be disposed of according to
law:

   a) a Kel-Tec, .380 caliber pistol, Serial No. JAW24; and

   b) any and all ammunition.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three
certified copies to the United States Attorney's Office.

DATED this ___8___ day of ___May___, 2012.

_____
UNITED STATES DISTRICT JUDGE